Howard William FLOWERS,
Petitioner–Appellant,

v.

Kay WALTER, Respondent–Appellee.

No. 99–35552.

D.C. No. CV–97–23Z

United States Court of Appeals,
Ninth Circuit.

Filed Sept. 25, 2001

Before: PREGERSON and D.W. NELSON, Circuit Judges, and KARLTON, District Judge.[1]

**ORDER**

The per curiam opinion filed on February 9, 2001, published at 239 F.3d 1096, is hereby WITHDRAWN.